AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of NEVADA _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:16-mj-00558-VCF |
| | ) | |
| LOUIS JAMES WASHINGTON | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 08/09/2016 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 8, 2016

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*



FILED _____  RECEIVED _____
ENTERED _____  SERVED ON _____
COUNSEL/PARTIES OF RECORD

AUG - 8 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY